**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6939**
_____

THOMAS MOYLER, JR.,

       Plaintiff - Appellant,

   v.

CORRECTIONAL OFFICER D. WILLIAMS,

       Defendant - Appellee,

   and

KISER, Warden; SERGEANT J. R. MASSINGILL; D. BALL; J. B. MESSER, Grievance Coordinator; INVESTIGATOR FANNIN; UNIT MANAGER DUNCAN, A-Building; HAROLD CLARKE; SCARBERRY, Food Staff Supervisor; DAVID A. ROBINSON; LINDA SHEAR; MELISSA WELCH,

       Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Robert Stewart Ballou, Magistrate Judge. (7:19-cv-00262-RSB)

_____

Submitted: November 18, 2022                    Decided: February 2, 2023

_____

Before WYNN and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Moyler, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Moyler, Jr., appeals the magistrate judge's judgment in favor of Nathaniel Williams after a bench trial on Moyler's 42 U.S.C. § 1983 excessive force claim.[*] "Following a bench trial, we review the district court's factual findings for clear error and its legal conclusions de novo." *Wards Corner Beauty Acad. v. Nat'l Accrediting Comm'n of Career Arts & Scis.*, 922 F.3d 568, 573 (4th Cir. 2019). We have reviewed the magistrate judge's findings of fact and conclusions of law and find no reversible error. Accordingly, we affirm the judgment for the reasons stated by the magistrate judge at the close of the bench trial conducted on June 8, 2021. *Moyler v. Williams*, No. 7:19-cv-00262-RSB (W.D. Va. June 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge.